IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MICHAEL RAMIREZ                       )
and CARLA COCHRANE,                    )
                                       )
            Plaintiffs,                )       TC-MD 130538C
                                       )
      v.                               )
                                       )
DEPARTMENT OF REVENUE,                 )
State of Oregon,                       )
                                       )
            Defendant.                 )       **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on February 18,

2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19)

within 14 days after its Decision of Dismissal was entered. The court's Final Decision of

Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 10:45 a.m. on January 27, 2014, to

consider Plaintiffs' appeal. On December 30, 2013, the court sent notice of the scheduled case

management conference to Plaintiffs at the email address Plaintiffs provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the

court might dismiss the appeal.

On January 27, 2014, the court issued an Order stating that Plaintiff's shall file a written

request to withdraw the appeal or a written explanation for missing the January 27, 2014, case

management conference within 14 days. The Order advised that if Plaintiffs did not comply with

the Order the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a

written response to the court withdrawing the appeal or explaining their failure to appear at the January 27, 2014, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of March 2014.


_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on March 11, 2014. The court filed and entered this document on March 11, 2014.*